# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| STATE OF NEVADA, EX REL. H. DEAN STEINKE, | ) ) ) | 3:05-cv-00322-HDM-RAM |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| MERCK & CO., INC., | ) ) | |
| Defendant. | ) | |

Before the court is Defendant's Motion for Reconsideration (#68). Based on the parties representations that they are engaged in ongoing settlement negotiations, the Motion for Reconsideration (#68) is **DENIED WITHOUT PREJUDICE** to be refiled should the parties be unable to reach a settlement.

**IT IS SO ORDERED**.

DATED: This 20th day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE

1