# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| STATE OF NEVADA,<br>EX REL. H. DEAN STEINKE, | ) <br> ) <br> ) | 3:05-cv-00322-HDM-RAM |
| Plaintiffs, | ) <br> ) | ORDER |
| v. | ) <br> ) | |
| MERCK & CO., INC., | ) <br> ) | |
| Defendant. | ) <br> ) | |

Before the court is the Stipulation of Dismissal with Prejudice submitted by the parties to this action on February 7, 2008 (#105). The stipulation is granted, and this action is dismissed with prejudice. Each party shall bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

DATED: This 8th day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE

1